UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>        Plaintiff,<br><br>v.<br><br>R. MOBERT,<br><br>        Defendant. | Case No.: 1:17-cv-00709-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR INTERPRETER<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br>(ECF No. 7)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Rogelio May Ruiz is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion seeking an interpreter and an extension of time. (ECF No. 7.) Plaintiff's motion is in English, and states that it was written with help. Plaintiff states that he does not speak or write English, and he requests an interpreter. As Plaintiff has been previously informed, the Court cannot provide Plaintiff with translated documents, nor will it translate his documents from Spanish into English. Plaintiff must seek assistance at the prison if he cannot complete his court filings in English on his own, as he has done thus far. Lewis v. Casey, 518 U.S. 343, 356, 116 S. Ct. 2174, 2182, 135 L. Ed. 2d 606 (1996). Therefore, his motion for an interpreter is denied.

Plaintiff further states that he requires an extension of time to complete an application to proceed in forma pauperis. Plaintiff explains that he completed the form previously sent to him

by the Court, but it has been lost by prison staff, and he needs to redo the document. Plaintiff has shown good cause for his request, and it will be granted. Plaintiff is reminded that his application must be complete and submitted in English if he wishes for his application to be considered.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for an interpreter is denied;

2. Plaintiff's request for an extension of time to file an application to proceed in forma pauperis is granted;

3. The Clerk of the Court is directed to serve this order and a blank IFP application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **The failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **July 5, 2017**        /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE