UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>        Plaintiff,<br><br>    v.<br><br>R. MOBERT,<br><br>        Defendant. | Case No.: 1:17-cv-00709-AWI-BAM (PC)<br><br>ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE COMPLAINT IN ENGLISH LANGUAGE WITHIN THIRTY DAYS<br><br>(ECF No. 1)<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Rogelio May Ruiz is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

Currently before the Court is Plaintiff's complaint, filed on December 23, 2016. (ECF No. 1.) The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). In preparing to screen the complaint, the Court notes that it indicates that Plaintiff brings suit against Correctional Officer R. Mobert, who is employed at CSTAF Corcoran Prison, for excessive force in violation of the Eighth Amendment. However, other than a few filled-in blanks and checked boxes, Plaintiff's complaint is not written in the English language. The supportive facts for his claim, relief requested, previous lawsuit and administrative relief sections of the complaint form are written in the Spanish language.

As Plaintiff has been previously informed, all federal court filings must be in the English language. The Court cannot provide Plaintiff with translated documents, nor will it translate his documents from Spanish into English.

Plaintiff previously informed the Court that he cannot read or write in the English language. However, several of Plaintiff's recent submissions have all been translated into English by an unnamed translator. It is in the discretion of prison officials to best determine how to ensure that "inmates with language problems have a reasonably adequate opportunity to file nonfrivolous legal claims challenging their convictions or conditions of confinement." <u>Lewis v. Casey</u>, 518 U.S. 343, 356, 116 S. Ct. 2174, 2182, 135 L. Ed. 2d 606 (1996). The use of jailhouse lawyers is one recognized avenue available to ensure that non-English speaking and/or illiterate inmates have meaningful access to the courts. <u>Id</u>. at 356-57. (1996). Plaintiff should continue to seek assistance at his institution for translation services, and is not precluded from filing any motion for a reasonable extension of time to comply with this order, if necessary.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint, filed December 23, 2016 (ECF No. 1), is STRICKEN from the record as not written in the English-language;

2. The Clerk's Office SHALL send to Plaintiff a civil rights complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file a complaint or a notice of voluntary dismissal; and

4. **<u>Plaintiff is warned that the failure to comply with this order will result in dismissal of this action</u>**.

IT IS SO ORDERED.

Dated: **September 15, 2017**       /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE