1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9   ROGELIO MAY RUIZ,                        Case No.: 1:17-cv-00709-AWI-BAM (PC)

10                  Plaintiff,               ORDER DENYING MOTION FOR LEAVE
                                             TO PROCEED IN FORMA PAUPERIS, AS
11          v.                               UNNECESSARY

12  R. MOBERT,                               (ECF No. 19)

13                  Defendant.

14

15          Plaintiff Rogelio May Ruiz is a state prisoner proceeding pro se and in forma pauperis in

16  this civil action pursuant to 42 U.S.C. § 1983.

17          On October 3, 2017, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 19.)

18  Plaintiff has previously been granted leave to proceed in forma pauperis in this matter based on

19  an earlier application. (ECF Nos. 15, 16.)

20          Accordingly, Plaintiff's motion to proceed in forma pauperis filed on October 3, 2017 is

21  HEREBY DENIED, as unnecessary.

22
    IT IS SO ORDERED.
23

24      Dated:   __October 4, 2017__          ___/s/ Barbara A. McAuliffe___
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28