1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF CALIFORNIA

7

8    ROGELIO MAY RUIZ,                        Case No.: 1:17-cv-00709-AWI-BAM (PC)

9                   Plaintiff,               ORDER DISCHARGING ORDER TO SHOW
                                             CAUSE
10        v.
                                             (ECF Nos. 21, 26)
11   R. MOBERT,

12                  Defendant.

13

14         Plaintiff Rogelio May Ruiz is a state prisoner proceeding pro se and in forma pauperis in

15   this civil action pursuant to 42 U.S.C. § 1983.

16         On October 30, 2017, the Court issued an order to show cause regarding Plaintiff's failure

17   to file a complaint written in the English language as ordered by the Court. (ECF No. 21.) The

18   Court ordered that Plaintiff could comply with the order to show cause by filing a complaint

19   within the twenty-one (21) day deadline for a response. (Id.)

20         On November 13, 2017, Plaintiff filed a complaint that is written in the English language.

21   As Plaintiff has sufficiently complied with the Court's order, the order to show case is HEREBY

22   DISCHARGED.

23

24   IT IS SO ORDERED.

25     Dated:   **November 15, 2017**              ___/s/ _Barbara A. McAuliffe___

26                                             UNITED STATES MAGISTRATE JUDGE

27

28