UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. MOBERT,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00709-AWI-BAM (PC)<br><br>SECOND ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AS UNNECESSARY[1]<br><br>(ECF No. 24) |

Plaintiff Rogelio May Ruiz is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On November 13, 2017, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 24.) Plaintiff has previously been granted leave to proceed in forma pauperis in this matter based on an earlier application. (ECF Nos. 15, 16.)

Accordingly, Plaintiff's motion to proceed in forma pauperis filed on November 13, 2017 is HEREBY DENIED, as unnecessary.

IT IS SO ORDERED.

　Dated: **November 15, 2017**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] On October 4, 2017, the Court denied Plaintiff's October 3, 2017 motion for leave to proceed in forma pauperis as unnecessary, on the grounds that leave had already been granted. (ECF No. 20.)