# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. MOBERT,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00709-AWI-JDP<br><br>ORDER REGARDING<br>LIMITED PURPOSE COUNSEL |

Plaintiff Rogelio May Ruiz, a state prisoner, proceeds without counsel in this civil rights action brought under 42 U.S.C § 1983. On September 27, 2018, the court decided to recruit counsel for plaintiff. (Doc. No. 38.) Attorney Kresta N. Daly has agreed to represent plaintiff for the limited purposes of drafting and filing an amended complaint. Attorney Daly has no obligation to continue representing plaintiff after the filing of the amended complaint. Even before filing the amended complaint, the attorney may withdraw from representation by filing a motion to withdraw representation, explaining the circumstances that warrant withdrawal from representation. Plaintiff may not require counsel to assert frivolous claims, and attorney Daly need not assert all claims previously asserted by plaintiff.

1

**Order**

1. Attorney Kresta N. Daly will represent plaintiff Rogelio May Ruiz for the limited purpose of drafting and filing an amended complaint. The amended complaint is due 120 days from the date of this order. The court will entertain extensions of time if appropriate.

2. Attorney Daly's representation of plaintiff may terminate upon the filing of an amended complaint, a motion to withdraw representation, or a notice that an amended complaint would not be appropriate. Should Attorney Day wish to continue representing plaintiff after the pleading stage, she may do so.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. The clerk of court is directed to serve a copy of this order upon Kresta N. Daly, Barth Daly LLP, 2810 5th St., Davis, CA 95618.

IT IS SO ORDERED.

Dated: October 4, 2018

UNITED STATES MAGISTRATE JUDGE