UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>R. MOBERT,<br><br>          Defendant. | 1:17-cv-00709-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 44.)<br><br>ORDER DENYING MOTION TO SUPPLEMENT PLEADINGS<br>(ECF No. 45.) |

Rogelio May Ruiz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2020, the Magistrate Judge screened plaintiff's first amended complaint and entered findings and recommendations, recommending that this case proceed on plaintiff's excessive force claim against defendant and that all other claims be dismissed. (ECF No. 44.) Plaintiff did not file objections, but instead filed a motion to supplement his complaint. (ECF No. 45.) As this motion seeks to add unrelated claims, it will be denied.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations entered by the Magistrate Judge on January 29, 2020 (Doc. No. 44) are ADOPTED IN FULL; this case shall proceed on plaintiff's excessive force claim against defendant and all other claims are dismissed.

2. Plaintiff's motion to supplement (Doc. No. 45) is DENIED;

3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   August 20, 2020                               _____
                                                                        SENIOR DISTRICT JUDGE