UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>R. MOBERT, *Official Regular at CSATF Corcoran Prison*,<br><br>    Defendant. | No. 1:17-cv-00709-AWI-HBK (PC)<br><br>ORDER PROVIDING PLAINTIFF 21 DAYS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS |

Pending before the court is defendant's motion to dismiss filed November 19, 2020. (Doc. No. 57). As of the date of this Order, plaintiff has not opposed or otherwise responded to that motion. (*See* docket). Plaintiff previously moved for appointment of counsel on March 2, 2020. (Doc. No. 46). That motion was denied on August 25, 2020 (Doc. No. 51) and Plaintiff's motion for reconsideration was denied on April 6, 2021. (Doc. No. 58). In the event plaintiff was awaiting a ruling on his motion for reconsideration before responding to defendant's motion to dismiss, the court will provide plaintiff 21 days from date of this order to file any opposition under Local rule 230(c). If no response is timely received the court will deem defendant's motion ripe for review without the benefit of a response.

Accordingly, it is **ORDERED**:

Plaintiff may file a response, if any, to defendant's motion to dismiss (Doc. No. 57) within 21 days from receipt of this order.

IT IS SO ORDERED.

Dated: __April 7, 2021__                         _/s/ Helena M. Barch-Kuchta_
                                                 HELENA M. BARCH-KUCHTA
                                                 UNITED STATES MAGISTRATE JUDGE