# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGELIO MAY RUIZ,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**R. MOBERT,**<br><br>      **Defendant.** | **CASE NO. 1:17-cv-00709-AWI-HBK (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**<br><br>(Doc. Nos. 57, 60 & 63) |

Plaintiff Rogelio May Ruiz is a state prisoner proceeding pro se on his complaint filed under 42 U.S.C. § 1983. Doc. No. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On July 1, 2021, the assigned magistrate judge issued findings and recommendations, which recommended that Defendant's motion to dismiss (Doc. No. 57) be granted. Doc. No. 60. The findings and recommendations, which were served on Plaintiff, contained notice that objections were to be filed within twenty-one days. Id. at 9. Plaintiff filed objections on August 16, 2021, after being provided additional time to respond. Doc. Nos. 62 & 63. Plaintiff's objections included a motion seeking appointment of counsel. Doc. No. 63.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

The Court will also deny Plaintiff's request for appointment of counsel. The sole argument Plaintiff raises for appointing counsel is that he requires an interpreter. Doc. No. 63. This is the same argument that Plaintiff raised in his previous motions to appoint counsel, which the Court

has repeatedly rejected, most recently on July 26, 2021.  Doc. Nos. 17, 34, 51, 58 & 62.  Nothing in Plaintiff's present motion causes the Court to reconsider its conclusion that Plaintiff has not demonstrated that exceptional circumstances warrant the appointment of counsel.  <u>Garces v. Degadeo</u>, No. 1:060cv001038-LJO-SMS PC, 2007 WL 1521078, at *1 (E.D. Cal. May 22, 2007).

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 60) issued on July 1, 2021, are ADOPTED in full;
2. Defendant's motion to dismiss (Doc. No. 57) is GRANTED;
3. Plaintiff's motion to appoint counsel (Doc. No. 63) is DENIED; and
4. This clerk of court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  August 31, 2021

SENIOR  DISTRICT  JUDGE